NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLIAM MARTUCCI,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**GERARDO GONZALEZ, YAMEL GONZALEZ a/k/a YAMEL MARTUCCI GONZALEZ, AND JOHN AND JANE DOES,**<br><br>      **Defendants.** | Docket No.: 14-cv-3267-WJM-MF<br><br>**OPINION & ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

      This matter comes before the court upon Defendants' motion to vacate default and Plaintiff's cross-motion for default judgment. For the reasons set forth below, Defendants' motion is granted, and Plaintiff's cross-motion is denied.

### I.    BACKGROUND

      On September 15, 2014, this Court issued an Order and Opinion on Plaintiff's previous motion for default judgment and Defendants' previous cross-motion to vacate default. The relevant factual background and legal standards are written in that Opinion, so we need not repeat them here. The Order denied both motion and cross-motion. In that Opinion, the Court stated that

> [Defendants'] briefing contains the germs of meritorious defenses, but it lacks any firm factual denials or legal defenses. Moreover, Defendants failed to attach an Answer to the Complaint, as Local Civil

> Rule 7.1 requires. The court will deny the [Defendants'] motion [to vacate default] due to the procedural and substantive infirmities in Defendants' motion. Denial is without prejudice. The Defendants may file another motion that presents a well-stated meritorious defense and attaches a proposed Answer to the Complaint within 30 days of the order.

(ECF No. 9).

Within 30 days of the order, Defendants filed an Answer and a new motion to vacate default. This motion contains meritorious defenses. For example, the Defendants claim that Plaintiff has no proof of damages. Finding good cause to vacate default,

**IT IS** on this 19th day of November 2014 hereby

**ORDRED** that Defendants' motion to vacate default is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's motion to enter default judgment is hereby **DENIED**.

/s/ William J. Martini
_____
**WILLIAM J. MARTINI, U.S.D.J.**